IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER BUSH,

    Plaintiff,

v.                              CASE NO. 5:10-cv-116-MW/CJK

PAIGE AUGUSTINE,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

The Court has considered the Magistrate's Report and Recommendation, ECF No. 24, filed January 22, 2013. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The Clerk shall enter judgment stating "the amended petition for writ of habeas corpus is **DISMISSED AS MOOT.**" The Clerk shall close the file.

SO ORDERED on February 12, 2013.

                                              s/Mark E. Walker
                                              United States District Judge